## DECEMBER 31, 1992

No. 92–323. Dow Corning Corp. *v.* Tigg Corp. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.

## JANUARY 4, 1993

No. 92–807. In re Stowe. Petition for writ of mandamus dismissed under this Court's Rule 46.

## JANUARY 8, 1993

No. 92–602. St. Mary's Honor Center et al. *v.* Hicks. C. A. 8th Cir. Certiorari granted. Brief for petitioners must be received by the Clerk and served upon opposing counsel on or before 3 p.m., February 22, 1993. Brief for respondent must be received by the Clerk and served upon opposing counsel on or before 3 p.m., March, 24, 1993. A reply brief, if any, must be received by the Clerk and served upon opposing counsel on or before 3 p.m., April 12, 1993. This Court's Rule 29 does not apply. The case is set for oral argument during the session beginning April 19, 1993.

## JANUARY 11, 1993

No. 87–5461. Henson *v.* East Lincoln Township et al. C. A. 7th Cir. [Certiorari granted, 484 U. S. 923.] Writ of certiorari dismissed under this Court's Rule 46.1.

No. 92–837. Lopez *v.* Hale County, Texas, et al. Affirmed on appeal from D. C. N. D. Tex.